FILED 06 AUG '25 10:28USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Pendleton Division

|  |  |
|---|---|
| | Case No.    3:25-cv-01412 -AN |
| Eric Standridge ) | *(to be filled in by the Clerk's Office)* |
| ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | Jury Trial: *(check one)*    Yes    No X |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| **-v-** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Oregon Department of Corrections ) | |
| ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Eric Standridge |
| Street Address | 612 21ST AVE |
| City and County | SEATTLE, KING |
| State and Zip Code | WA 98122 |

| | |
|---|---|
| Telephone Number | 678-895-5981 |
| E-mail Address | eric.standridge83@gmail.com |

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | See attached complaint for Parties to this Complaint |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question X                          Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

that          List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.

- Americans with Disabilities Act, Title II (42 U.S.C. §§ 12131–12134)
- Section 504 of the Rehabilitation Act (29 U.S.C. § 794)
- 42 U.S.C. § 1983 – Civil Rights Violations (Eighth, Fourteenth, and First Amendment)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.    If the plaintiff is an individual

*(name)*

The plaintiff, _____, is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

*(name)*

The plaintiff, _____, is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign*

*nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached statement of claim.

---

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that this Court grant the following relief:

1.  Injunctive relief requiring the Oregon Department of Corrections (ODOC) to:
    *   Provide Eric Standridge with all medically necessary accommodations for his rheumatoid arthritis and related disabilities, including but not limited to alternatives to handwriting, timely access to medical records, and treatment consistent with community standards of care;
    *   Immediately modify its ADA accommodation process to allow for electronic, oral, or assisted applications where handwriting is a barrier;
    *   Ensure that ADA forms (e.g., CD-1872) are available in complete and accessible formats.
2.  Institutional reform requiring ODOC to:
    *   Conduct a comprehensive review of its disability accommodation systems and grievance procedures, with input from disability rights experts;
    *   Develop and implement policies grounded in Universal Design principles, ensuring that all ODOC facilities proactively accommodate individuals with mobility, sensory, cognitive, and communication disabilities;
    *   Train all ODOC staff—including ADA coordinators, law library staff, and medical personnel—on disability rights, accommodations, and trauma-informed care practices.
3.  Declaratory judgment stating that ODOC's failure to accommodate Mr. Standridge's disability constituted a violation of Title II of the ADA, Section 504 of the Rehabilitation Act, and his constitutional rights under the First, Eighth, and Fourteenth Amendments.
4.  Compensatory damages in an amount to be determined at trial for:
    *   Physical pain and suffering;
    *   Emotional distress;
    *   Worsening of medical conditions due to deliberate indifference;
    *   Loss of access to legal remedies and meaningful participation in institutional programs.
5.  Punitive damages against individual defendants whose actions were malicious, reckless, or demonstrated deliberate indifference.
6.  Reimbursement of all filing fees and litigation costs, or attorneys 'fees if Plaintiff becomes represented by counsel.
7.  Any other relief this Court deems just, proper, and necessary to prevent future harm to Mr. Standridge and to ensure that incarcerated Oregonians with disabilities are treated with dignity, equity, and lawful care.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,    and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause    unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

be    I agree to provide the Clerk's Office with any changes to my address where case–related papers may served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

**B.      For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint
Plaintiff: Eric Standridge
Inmate at an ODOC Facility
Filed by next friend and Power of Attorney (POA) holder, JJ Schnabel, PhD
Defendants:
- Oregon Department of Corrections
- Mr. Ybarra ADA Coordinator(s)
- Lt. Castaldi, Ms. Curon Supervisory Staff
- Unnamed Grievance Officials
- Ms. Kay, Medical Staff

II. Basis for Jurisdiction
This case is brought under federal question jurisdiction.
Federal Statutes at issue:
- Americans with Disabilities Act, Title II (42 U.S.C. §§ 12131–12134)
- Section 504 of the Rehabilitation Act (29 U.S.C. § 794)
- 42 U.S.C. § 1983 – Civil Rights Violations (Eighth, Fourteenth, and First Amendment)

III. Statement of Claim

**STATEMENT OF CLAIM**

Eric Standridge has been incarcerated since June of 2024. In August 2024, he was violently attacked by an individual unknown to him. He was struck in the head and neck multiple times, resulting in significant physical and psychological trauma. Since that time, Eric has attempted to pursue his rights under institutional grievance systems and prepare related legal action.

However, despite documented medical records showing a diagnosis of rheumatoid arthritis (RA)—a progressive and disabling condition—ODOC staff have repeatedly denied him reasonable accommodations, particularly for his inability to handwrite due to joint deterioration and chronic pain. Instead, he has been required to complete handwritten forms, kytes, and grievances, despite his clear and repeated disability-based requests for alternatives. These requests were made verbally and in writing, and were supported by medical documentation from both internal ODOC providers and an outside rheumatologist who evaluated Eric and began urgently recommended treatment (see Exhibit A – Pre-Incarceration Medical Records and Exhibit C – ODOC Medical Records).

In one particularly telling instance, Eric received his regularly scheduled dose of methotrexate—a medication typically prescribed at such high doses only for patients formally diagnosed with rheumatoid arthritis. Despite administering the medication, the attending nurse told Eric that his ODOC medical chart did not reflect a diagnosis of rheumatoid arthritis, only psoriatic arthritis. This contradiction highlights a systemic failure to maintain accurate medical documentation and undermines Eric's efforts to access consistent care and accommodations. When Eric requested a copy of his updated medical file to understand or correct this inconsistency, he was told he must submit a handwritten kyte. When he explained again that he was requesting accommodation for his inability to handwrite due to RA, staff refused to offer any alternative format. This denial occurred despite ODOC's full awareness of both his condition and his need for accommodation (see Exhibits B and C).

These denials of accommodation have had material consequences. Eric has experienced worsening symptoms and has been obstructed in accessing both medical care and legal avenues. He has missed internal filing deadlines because he could not physically complete the required forms in time. This includes documentation needed to protect his rights following the August 2024 assault. (See Exhibit D – Attempted Tort Claim Notice)

Furthermore, the ODOC grievance system itself appears unresponsive and ineffective in processing his ADA-based complaints. When he requested access to fill out ADA form CD-1872, he was only provided page 1 of 2, which references a separate signature page. He was then instructed to complete the form by hand, again without regard for his disability (see Exhibit B).

Plaintiff also alleges violations of 42 U.S.C. § 1983 due to deliberate indifference and denial of constitutional rights. ODOC staff, despite knowing of Eric's medical condition and his attempts to seek redress through grievances and legal filings, repeatedly refused reasonable accommodations, thereby obstructing his access to courts (First Amendment), subjecting him to cruel and unusual punishment through neglect of serious medical needs (Eighth Amendment), and failing to treat him equally to non-disabled individuals seeking access to services (Fourteenth Amendment). These actions are not isolated; they reflect systemic practices within ODOC.

Plaintiff anticipates that full medical records and grievance logs obtained through discovery—including institutional diagnoses, outside specialist reports, medication logs, and correspondence—will further substantiate these claims. Plaintiff reserves the right to amend this complaint and formally supplement the record as needed.

## IV. Relief
Plaintiff respectfully requests that this Court grant the following relief:
1.    Injunctive relief requiring the Oregon Department of Corrections (ODOC) to:
   •    Provide Eric Standridge with all medically necessary accommodations for his rheumatoid arthritis and related disabilities, including but not limited to alternatives to handwriting, timely access to medical records, and treatment consistent with community standards of care;
   •    Immediately modify its ADA accommodation process to allow for electronic, oral, or assisted applications where handwriting is a barrier;

- Ensure that ADA forms (e.g., CD-1872) are available in complete and accessible formats.
2. Institutional reform requiring ODOC to:
- Conduct a comprehensive review of its disability accommodation systems and grievance procedures, with input from disability rights experts;
- Develop and implement policies grounded in Universal Design principles, ensuring that all ODOC facilities proactively accommodate individuals with mobility, sensory, cognitive, and communication disabilities;
- Train all ODOC staff—including ADA coordinators, law library staff, and medical personnel—on disability rights, accommodations, and trauma-informed care practices.
3. Declaratory judgment stating that ODOC's failure to accommodate Mr. Standridge's disability constituted a violation of Title II of the ADA, Section 504 of the Rehabilitation Act, and his constitutional rights under the First, Eighth, and Fourteenth Amendments.
4. Compensatory damages in an amount to be determined at trial for:
- Physical pain and suffering;
- Emotional distress;
- Worsening of medical conditions due to deliberate indifference;
- Loss of access to legal remedies and meaningful participation in institutional programs.
5. Punitive damages against individual defendants whose actions were malicious, reckless, or demonstrated deliberate indifference.
6. Reimbursement of all filing fees and litigation costs, or attorneys 'fees if Plaintiff becomes represented by counsel.
7. Any other relief this Court deems just, proper, and necessary to prevent future harm to Mr. Standridge and to ensure that incarcerated Oregonians with disabilities are treated with dignity, equity, and lawful care.

V. Certification and Closing
Date:
Signature of Plaintiff: _____
Printed Name: Eric Standridge (by next friend, JJ Schnabel, PhD, POA)
Signature of POA:

## EXHIBIT A - PRE_INCARCERATION MEDICAL RECORDS
### Arthritis Backstory

When Eric was 22, he was diagnosed with psoriasis. In 2015, the medical community acknowledged and developed a new diagnosis called psoriatic arthritis, that merged and acknowledge that some types of psoriasis also had elements of arthritis associated with it. In 2017, Eric's dermatologist determined that Eric had 90% coverage of psoriasis on his body and painful joint issues. This warranted the psoriatic arthritis diagnosis. He was placed on a monthly injection of Talz to manage the condition.

In 2022, the world saw a Monkeypox outbreak that affected gay men mostly. The vaccine for this condition is a 2 sequence injection spaced at 30 days apart. After the 1st vaccine injection, Eric had a massive arthritis flair. Within 2 weeks he was unable to work. He was lucky to get an appointment with a rheumatoid arthritis (RA) doctor quickly. The RA doctor recommended that he not get the 2nd monkeypox injection. He diagnosed Eric with Osteoarthritis but quickly changed this to early onset Rheumatoid Arthritis at 39 years old after a blood test. He told him that he would likely only have 10-12 working years left. Between Prednisone, Methotrexate, Talz and a host of other medication prescriptions, he was able to resume working fairly quickly.

Name: Eric J Standridge | DOB: 10/11/1983 | MRN: 03997971 | PCP: Erica Chioma Nkwocha, MD Resident |
Legal Name: Eric J Standridge

# Medications

## Current Medications

Please review your medications, and verify the list is up-to-date by clicking "Add" and "Remove" below. This information will be reviewed and updated in your chart at a future primary care visit. Remember to discuss these updates whenever you receive care.

**Important:** Anyone with parental access to your online medical record will be able to see medications you have asked to be added to your chart.

> You have 5 prescriptions with refills due soon.

## escitalopram oxalate 10 mg tablet

Commonly known as: LEXAPRO

Take 2 tablets (20 mg) by mouth daily

Refill due soon

4 refills before June 18, 2025

**Prescription Details**
Prescribed June 18, 2024
Approved by Khushboo Mehta
Prescription number 34543218-01

**Refill Details**
Quantity 180 tablets
Day supply 90
Next fill June 18, 2024

**Pharmacy Details**
Kaiser Perm WA Capitol Hill Rx
125 16th Ave E, Seattle WA 98112-5260
206-326-3180

## hydrOXYzine HCL 25 mg tablet

Commonly known as: ATARAX

Take 1 tablet (25 mg) by mouth 2 times daily as needed For panic attacks

2 refills before June 18, 2025

**Prescription Details**
Prescribed June 18, 2024
Approved by Khushboo Mehta
Prescription number 34543291-01

**Refill Details**
Quantity 30 tablets
Day supply 15

**Pharmacy Details**
Kaiser Perm WA Capitol Hill Rx
125 16th Ave E, Seattle WA 98112-5260
206-326-3180

## chlorhexidine 0.12 % mouthwash

Commonly known as: PERIDEX

Swish with 15 mL to the mouth or throat 2 times daily and spit, hold for 30 sseconds, do not rinse, eat or drink for 30 minutes

3 refills before June 14, 2025

### Prescription Details
Prescribed June 14, 2024

Approved by Petrov, Sofia

Prescription number 34520713-01

### Refill Details
Quantity 473 mL

Day supply 16

Last filled June 15, 2024

Next fill July 1, 2024

### Pharmacy Details
Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

# amoxicillin 500 mg capsule

Commonly known as: AMOXIL

Take 1 capsule (500 mg) by mouth 3 times daily until gone

No refills remaining. Refill requests will be sent to your provider for approval.

## Prescription Details
Prescribed June 14, 2024

Approved by Petrov, Sofia

Prescription number 34520716-01

## Refill Details
Quantity 30 capsules

Day supply 10

Last filled June 15, 2024

## Pharmacy Details
Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

## predniSONE 10 mg tablet

Commonly known as: DELTASONE

Take 1-3 tablet by mouth 1-7 days as needed. Max 3 tabs daily for 7 days. Take a break from prednisone for the same number of days one is on it (if on prednisone for 7 days, then take 7 days off).

You have another medication with the same name.

Refill due soon

1 refill before June 4, 2025

### Prescription Details

Prescribed June 4, 2024

Approved by Michael Dong Cho

Prescription number 34400207-01

### Refill Details

Quantity 60 tablets

Day supply 20

Last filled June 5, 2024

Next fill June 25, 2024

### Pharmacy Details

Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

## RASUVO 25 mg/0.5 mL auto-injector

Generic name: methotrexate

Inject 1 syringe (25 mg) under the skin once a week

Refill due soon

1 refill before June 4, 2025

**Prescription Details**
Prescribed June 4, 2024
Approved by Michael Dong Cho
Prescription number 34400208-01

**Pharmacy Details**
Kaiser Perm WA Capitol Hill Rx
125 16th Ave E, Seattle WA 98112-5260
206-326-3180

**Refill Details**
Quantity 6 mL
Day supply 84
Next fill June 5, 2024

## TALTZ AUTOINJECTOR 80 mg/mL sub-q auto-injector

Generic name: ixekizumab

Inject 1 mL (80 mg) under the skin every 4 weeks

6 refills before June 4, 2025

**Prescription Details**
Prescribed June 4, 2024
Approved by Michael Dong Cho
Prescription number 34400209-01

**Pharmacy Details**
Kaiser Perm WA Capitol Hill Rx
125 16th Ave E, Seattle WA 98112-5260
206-326-3180

**Refill Details**
Quantity 2 mL
Day supply 56
Next fill July 2, 2024

## folic acid 1 mg tablet

Commonly known as: FOLVITE

Take 1 tablet (1 mg) by mouth daily

Refill due soon

4 refills before June 4, 2025

**Prescription Details**
Prescribed June 4, 2024

Approved by Michael Dong Cho

Prescription number 34400210-01

**Pharmacy Details**
Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

**Refill Details**
Quantity 100 tablets

Day supply 100

Next fill June 4, 2024

## pantoprazole 40 mg delayed release tablet

Commonly known as: PROTONIX

Take 1 tablet (40 mg) by mouth daily 30 minutes before a meal

3 refills before June 4, 2025

**Prescription Details**
Prescribed June 4, 2024

Approved by Michael Dong Cho

Prescription number 34400211-01

**Pharmacy Details**
Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

**Refill Details**
Quantity 90 tablets

Day supply 90

Last filled June 5, 2024

Next fill September 3, 2024

## ALPRAZolam 0.5 mg tablet

Commonly known as: XANAX

Take 0.5-1 tablets (0.25-0.5 mg) by mouth daily as needed for panic attacks

No refills remaining. Refill requests will be sent to your provider for approval.

### Prescription Details

Prescribed May 6, 2024

Approved by John Hoang Nguyen

Prescription number 34115057-01

### Refill Details

Quantity 10 tablets

Day supply 10

Last filled May 22, 2024

### Pharmacy Details

Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

## phentermine 37.5 mg tablet

Commonly known as: ADIPEX-P

Take 1 tablet (37.5 mg) by mouth every morning before breakfast
For the first two weeks take only half a tablet

No refills remaining. Refill requests will be sent to your provider for approval.

### Prescription Details

Prescribed January 17, 2024

Approved by Lynda A Crescenzi

Prescription number 33346057-01

### Refill Details

Quantity 30 tablets

Day supply 30

Last filled April 29, 2024

### Pharmacy Details

Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

# topiramate 25 mg tablet

Commonly known as: TOPAMAX

Take 1 tablet (25 mg) by mouth 2 times daily For the first two weeks take only the PM dose.

Refill due soon

1 refill before January 16, 2025

**Prescription Details**
Prescribed January 17, 2024
Approved by Lynda A Crescenzi
Prescription number 33022888-36

**Refill Details**
Quantity 60 tablets
Day supply 37
Last filled May 1, 2024
Next fill June 7, 2024

**Pharmacy Details**
Kaiser Perm WA Capitol Hill Rx
125 16th Ave E, Seattle WA 98112-5260
206-326-3180

# predniSONE 10 mg tablet

Commonly known as: DELTASONE

Take 1 tablet (10 mg) by mouth daily

You have another medication with the same name.

2 refills before January 15, 2025

### Prescription Details

Prescribed January 16, 2024

Approved by Eric A Schoen

Prescription number 33003261-01

### Refill Details

Quantity 90 tablets

Day supply 90

Last filled April 9, 2024

Next fill July 15, 2024

### Pharmacy Details

Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

# metFORMIN 500 mg tablet

Commonly known as: GLUCOPHAGE

Take 1 tablet (500 mg) by mouth daily with breakfast for 7 days, THEN 1 tablet (500 mg) 2 times daily with meals for 7 days, THEN 1.5 tablets (750 mg) 2 times daily with meals for 7 days, THEN 2 tablets (1,000 mg) 2 times daily with meals.

No refills remaining. Refill requests will be sent to your provider for approval.

### Prescription Details
Prescribed November 2, 2023

Approved by Erin Virginia Adams

Prescription number 32277641-36

### Refill Details
Quantity 162 tablets

Last filled November 6, 2023

Next fill December 27, 2023

### Pharmacy Details
Kaiser Perm WA Mail Order Pharmacy

2921 Naches Ave SW, Renton WA 98057

206-630-7979

## propranoloL 10 mg tablet

Commonly known as: INDERAL

Take 1 tablet (10 mg) by mouth 2 to 3 times daily as needed (anxiety) for up to 30 doses

Prescription expired on May 14, 2024. Refill requests will be sent to your provider for approval.

### Prescription Details
Prescribed May 15, 2023

Approved by Natalie Coleman

Prescription number 30622353-36

### Refill Details
Quantity 90 tablets

Day supply 30

Last filled May 1, 2024

### Pharmacy Details
Kaiser Perm WA Capitol Hill Rx

125 16th Ave E, Seattle WA 98112-5260

206-326-3180

MyChart® licensed from Epic Systems Corporation, © 1999-2024. Patents pending.

**Site Map   Help   Terms of Use & Privacy Policy   Awards   Contact Us**

© 2024 Kaiser Foundation Health Plan, Inc.

Name: Eric J Standridge | DOB: 10/11/1983 | MRN: 03997971 | PCP: Erica Chioma Nkwocha, MD Resident |
Legal Name: Eric J Standridge

# Progress Notes

## Jaime Oconnor at 6/4/2024  8:15 AM

Reason for visit: referral, transfer of care from Dr Schoen

All medications verified and any discrepancies noted.

Outside medications patient has no outside meds.

Patient's pharmacy benefit was verified and preferred pharmacy was selected.

Patient has been informed of the following care gaps: Yes - A vaccine in the routine series to protect against Tetanus, Diphtheria, and (if needed) Pertussis

## Michael Dong Cho at 6/4/2024  8:15 AM

CC: From Dr. Schoen's 12/13/2023 Rheum note:

PROBLEM LIST:
1. Psoriasis-Severe psoriasis failed numerous biologics, topicals and other agents had been stable and well controlled but then developed asymmetric polyarthritis

after receiving Monkeypox vaccine. Had signs of inflammatory arthritis and tenosynovitis consistent with psoriatic arthritis. He did have PsA prior to getting the monkeypox vaccine, but it definitely flared badly. Had improved with slow prednisone taper and initiation of methotrexate and continuation of Taltz. Finally had some stability and elimination of symptoms and was able to get off of prednisone, tramadol, gabapentin in Spring,2023 but is now reporting recurrent problems in his right foot and ankle and right 5th finger.

2. Psoriatic arthritis
3. Depression/anxiety
4. S/p gastric sleeve

A: 40 year old male c/ psoriatic arthritis (PsA), psoriasis, depression/anxiety, panic attacks, and s/p gastric sleeve who presented for transfer of care.

At his 6/4/2024 visit with me, Eric presented for transfer of care. He noted the subQ methotrexate has been helpful, but he still needed prednisone. I would agree with Eric that his high level of stress recently was likely contributing to his disease activity. Moving forward, for his prednisone, we opted to do limited bursts of prednisone, with the goal of avoiding daily prednisone if at all possible.

P:
1) Psoriatic arthritis (PsA), psoriasis. Changed to subQ methotrexate on 12/2023. He quit drinking alcohol 4/5/2024, which was huge positive life change.

--It is incredibly important that Eric have access to his

medications while in prison, given the nature of his autoimmune disease, which can be very difficult to control if allowed to flare.

--Continue Taltz (ixekizumab) 80mg subQ every 4 weeks. Warned of risks of headache, urticaria, candidiasis, high cholesterol, diarrhea, nausea, inflammatory bowel disease (less then 1%), herpes, infection, very rare risk of conjunctivitis, LFT elevation, and neutropenia.

--Continue methotrexate 25mg subQ weekly.

To protect against possible methotrexate (MTX) side-effects, the pt will continue folic acid at 1mg (1000mcg) PO daily. Max dose of folic acid is 5mg daily, so the patient should increase the folic acid when methotrexate side-effects are suspected.

Potential adverse effects include alopecia, mouth ulcers, nausea, leukopenia, hepatotoxicity, and cancer. The patient was advised of the necessity of avoiding alcohol and pregnancy while taking this medication. If applicable, patient should be on two forms of birth control while on methotrexate. The patient was advised of the necessity for regular lab test monitoring while taking this medication. The patient expressed understanding and agreement with these instructions.

--At his 6/4/2024 visit, he's been off of prednisone for the past 2 days. He taking prednisone 20mg or 30mg daily for the past few months, since 5/2024.

For PsA flares, prescribed prednisone 10mg 1-3 tabs for 1-7 days as needed.

Max dose would be prednisone 30mg daily for 7 days. Would take a break from prednisone for the same number of days one is on it, so if on prednisone for 7 days, then take 7 days off.

Possible adverse effects include weight gain, mood lability, osteoporosis, avascular necrosis (AVN), cataracts, and impaired wound healing. Every 20mg of prednisone given for 1 month confers a 5% risk of AVN (i.e. 60mg of prednisone x 1 month=15% AVN risk). While on steroids, the patient should take calcium 600mg 2x/day and vitamin D 800-1000IU daily. The patient should also calorie count and weigh self weekly to ensure no excessive weight gain. If heartburn develops while on prednisone, the patient can take a proton pump inhibitor (PPI) like omeprazole (Prilosec) 20mg or lansoprazole (Prevacid) 30mg 30 minutes before breakfast daily to prevent steroid-related stomach inflammation. A second dose 30 minutes before dinner can be added if necessary.

--Complex Medication Management/Immune compromised due to drug therapy-routine monitoring labs and symptom check for immunosuppressive drug toxicities and side effects. Risks and benefits of all medications explained. Patient will need routine monitoring labs ordered and drawn per medication-specific protocol. For methotrexate this would include: Base labwork (CBC c/diff, Creatinine, Albumin, AST, ALT) to be done at 4 weeks x 1, then every 8 weeks for 1 year, and then every 12 weeks thereafter (if labs remain stable)

2) Osteoarthritis of multiple joints. Patient educated the nature of structural joint pain and the importance of making the muscles around problem joints stronger and more flexible. Isometric exercises (holding a muscle still against resistance)

are a safe way of strengthening muscles surrounding
osteoarthritic joints.

--Back stretches-hamstring stretch daily (hold for at least 30
seconds each leg, to be done while sitting), and cobra stretch
10x/day.

--Pt can ice (at end of the day for inflammation)/heat
(morning and muscles) x 20 minutes right after physical
activity regularly for maximum benefit.
--other treatment modalities: Turmeric (Curcumin) or fish oil
(or krill oil) have some legitimate anti-inflammatory
properties. Capsaicin cream 0.075% apply 3-4x/day (more
effective if used 3-4x/day), aspercreme, Salonspas, Diclofenac
gel (Voltaren-previously was a prescription) or other joint
pain creams.  Paraffin wax baths. Epsom salt bath at night
after daily icing is a great combination.

--Pt also can take acetaminophen (Tylenol extra strength)
500mg 2 tablets up to every eight hours as needed for pain
(maximum daily dosage is 3000mg).  Another option would
be acetaminophen extended release (XR, Tylenol Arthritis)
650mg 2 tabs 2x/day, and 1 tab whenever.  Risk of rebound
analgesia headache explained.
--At his 6/4/2024 visit, he stopped taking ibuprofen in spring
2023, when he learned that it was hard on his GI tract. Non-
steroidal anti-inflammatory drug (NSAID-aspirin,
ibuprofen/advil, naproxen/aleve) should only be used rarely
and for short periods of time. OTC options include: ibuprofen
(Advil, Motrin) 200mg 1-4 tabs 1-3x/day or naproxen (Aleve)
220mg 1-2 tabs 1-2x/day with food and as needed for pain or
prior to exercise.  The risks and benefits of NSAIDs include
high blood pressure, stomach inflammation, and kidney
damage, particularly when taken long-term.  Patient needs to
stay well-hydrated while taking any NSAID to protect the

kidneys.

If the patient (pt) has heartburn while on an NSAID, then the pt can take omeprazole (Prilosec) 20mg daily 30 minutes before breakfast for heartburn prevention.  Proton pump inhibitors (omeprazole, lansoprazole) are better than H2 blockers (ranitidine aka zantac, famotidine aka pepcid) at preventing NSAID-induced stomach inflammation.

While on an NSAID, the pt's creatinine should be routinely monitored by the primary care physician (PCP) and rheumatology to guard against kidney damage.

Supportive footwear-patient does support the feet inside and outside the house.  He was using customized Fleet for Feet over-the-counter (OTC) arch supports with a hard arch. It is important that Eric can bring in his customized arch supports into prison.

1. The pt is advised to go to a store with a good return policy.
2. The arch support base must be made of a hard plastic arch. Rubber or other pliable materials are generally not helpful.

Superfeet-Blue are one such arch support that may be helpful.  The patient can also stretch the plantar fascia with either a hard ball (like a lacrosse ball or baseball) or frozen 1 liter bottle daily (at least 5 minutes/day). Pt should also wear the arch supports both outside and inside the home and with comfortable, cushioned shoes.  Heels are not recommended. If the patient fails OTC treatment, then the primary care physician can consider a podiatry referral.

3) Dyspepsia.  The most effective treatment for increased

stomach acidity are proton pump inhibitors (PPIs) like omeprazole or pantoprazole, which work to inhibit acid pumps.  Acid pumps are only present in the stomach when empty, prior to a meal. Because the innervation of organs is so limited, one can have inflammation of the stomach or GI (gastrointestinal) tract for months without having overt symptoms. So each GI symptom should be thought of as a harbinger of underlying GI issues that may need to be addressed (like the canary in the coal mine).

--At his 6/4/2024 visit, prescribed pantoprazole (Protonix) 40mg 1 tab daily 30 minutes before breakfast for at least 2-4 weeks to heal one's stomach and esophagus completely.  If symptoms improve but persist, the patient can take 1 tab before breakfast and dinner.
--elevate head of bed by placing a board underneath the bottom of the bed.  Pillows are not ideal because they bend the neck and back which should remain straight while sleeping.
--probiotics will help prevent bacterial overgrowth which can be a consequence of lower stomach acidity.
--Calcium and Vitamin D daily supplementation: Dietary calcium is preferred to supplemental calcium.  Patient warned of risks of too much calcium intake.

Total daily calcium needed is 1000-1200mg.  Because only 500-600mg of calcium is absorbed at any one time, 500-600mg of calcium should be taken with breakfast and dinner

Total daily vitamin D needed is 600-2000 IU (international units) of vitamin D (cholecalciferol) daily.  It can be taken all at once or split into two doses.

A typical daily supplementation regimen is Calcium/Vitamin D 600/400 1 tab 2x/day with food, #180, 3 refills

F/U prn.  His prison term is 18-24 months.

Total time of the visit including both FTF (face to face) and non-FTF time was 45 minutes.

HPI: 40 year old male c/ psoriatic arthritis (PsA), psoriasis, depression/anxiety, panic attacks, and s/p gastric sleeve who presented for transfer of care.

6/4/2024:

He was on prednisone 30mg daily in 12/2023. Then he went down to 10mg daily for a few months, until going up to 20mg in early 5/2024, and then 30mg in mid-May until he ran out of prednisone 2 days ago.

He's been hurting the past 2 days off of prednisone.

He is going to jail on 6/20/2024. He'll be in jail for 18-24 months.

He thinks a lot of disease activity is stress-induced. He's had anxiety for years, but his panic attacks started related to the crime that he'll be serving time for. His stress became severe in 2021. He noted lexapro has been really helpful. He also uses hydroxyzine as needed. Xanax is only an emergency medication, which he's been using 2x/month for the past few months for understandable reasons.

He noted his R 5th PIP is his tell-tale sign. He had to take off of work for 4 months due to his R hand being inflamed. He

has a townhouse and had to live on the main level because he couldn't go up stairs.

He is an accountant.

His joint pain is worse in the morning.

At the 6/4/2024 visit, the patient had a pain level of 7/10 b/l 1st and 5th PIPs, b/l MCPs, b/l ankles, b/l heels, R>L knees, b/l shoulders (usually in the mornings), R>L wrists, and b/l 2-4th PIPs and 1.5 hours of am stiffness, b/l 1st and 5th PIP, R ankle joint swelling, and no issues with medications.

In 12/2023, he noted his am stiffness was actually shorter, but his pain was greater.

Over the last week were you able to:

9/16/2022

8:31 AM

| Rheumatology RAPID3 (Abbreviated) | |
|---|---|
| a. Dress yourself, including tying shoelaces and doing buttons? | With SOME Difficulty |
| b. Get in and out of bed? | With MUCH Difficulty |
| c. Lift a full cup or glass to your mouth? | With SOME Difficulty |
| d. Walk outdoors on flat ground? | With MUCH Difficulty |
| e. Wash and dry your entire body? | With SOME Difficulty |
| f. Bend down to pick up clothing from the floor? | Without ANY Difficulty |
| g. Turn regular faucets on and | With SOME Difficulty |

## 9/16/2022
### 8:31 AM

| | |
|---|---|
| off? | |
| h. Get in and out of a car, bus, train, or airplane? | With MUCH Difficulty |
| i. Walk two miles or three kilometers, if you wish? | UNABLE to do |
| j. Participate in recreational activities and sports as you would like, if you wish? | UNABLE to do |
| 1. FN (0-10) | 5.3 |
| 2. PN (0-10) | 7.5 |
| 3. PTGL (0-10) | 7.5 |
| RAPID3 Total (0-30) | 20.3 |

## 9/16/2022
### 8:33 AM

| Rheumatology HPI Questionnaire | |
|---|---|
| Which are your worst joints? | Right foot, left knee and my hands |
| General | Fever;Fatigue |
| Neurologic | Weakness;Numbness |
| Pulmonary | Cough |
| Cardiac | Swelling in legs |
| Psychiatric | Depression;Sleep difficulty |

ROS:
6/4/2024: See HPI and pre-visit questionnaires.
Mr. Standridge denies [General] weight changes [Neurologic] headache [Pulmonary] shortness of breath [Cardiac] chest pain [Abdominal] abdominal pain, blood in stool [Skin]

rashes, tight skin [Hematologic] swollen lymph nodes, bleeding, anemia [Psychiatric].

PE: Visit Vitals

| BP | 144/94 (BP Location: Right arm, Patient Position: Sitting) |
|---|---|
| Pulse | 110 |
| Wt | 245 lb 9.6 oz (111.4 kg) |
| BMI | 35.75 kg/m² |

Vital signs: As in nursing notes.
Gen/constitutional/lymphatic: No pallor, icterus, peripheral lymphadenopathy, thyroid swelling or nodules.
Eyes: B/L conjunctivae clear, moist.
ENT/Mouth: Moist mucosa without ulceration. Adequate salivary pool on floor of oral cavity.  Good dentition. No jaw tenderness.
Skin:
6/4/2024: red scaly patches scattered throughout his body. No thick scale.  Lesions were pretty thin and faint. No nodules.
Resp/Chest: B/L clear to auscultation, no crackles or wheezes.
CV: Regular rate and rhythm. No murmur or rub heard. No bruits.  Temporal arteries have nl pulses, non-tender. Peripheral pulses normal.
GI/Abdomen: Soft, non-distended, non-tender.
Neurological: Cranial nerves II-XII grossly intact. Motor exam shows 5/5 muscle strength in all 4 extremities.  Sensation to fine touch is intact.
Musculoskeletal:
6/4/2024: ran out of prednisone 30mg daily 2 days ago: b/l 1st and 5th PIP, R ankle joint swelling with warmth, tenderness. Stigmata of old PsA disease with baseline

synovial hypertrophy in his hands, feet, ankles. Other: No evidence of swelling, tenderness, erythema or restriction of movement in peripheral joints. Exam of the cervical & lumbar spine shows normal & painless range of movement.

PMH:

Past Medical History:

Diagnosis                                        Date

- Anxiety
- Arthritis
- Back pain
- Depression
- Eczema

PSH:

Past Surgical History:

Procedure                        Laterality   Date

- CHOLECYSTECTOMY

MEDS:

Outpatient Medications Marked as Taking for the 6/4/24 encounter (Office Visit) with Cho, Michael Dong, MD

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • predniSONE (DELTASONE) 10 mg tablet | Take 1-3 tablet by mouth 1-7 days as needed. Max 3 tabs daily for 7 days. Take a break from | 60 tablet | 1 |

| | prednisone for the same number of days one is on it (if on prednisone for 7 days, then take 7 days off). | | |
|---|---|---|---|
| • methotrexate (RASUVO) 25 mg/0.5 mL auto-injector | Inject 1 syringe (25 mg) under the skin once a week | 6 mL | 0 |
| • ixekizumab (TALTZ AUTOINJECTOR) 80 mg/mL sub-q auto-injector | Inject 1 mL (80 mg) under the skin every 4 weeks | 2 mL | 5 |
| • folic acid (FOLVITE) 1 mg tablet | Take 1 tablet (1 mg) by mouth daily | 100 tablet | 3 |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 tablet (40 mg) by mouth daily 30 minutes before a meal | 90 tablet | 3 |
| • ALPRAZolam (XANAX) 0.5 mg tablet | Take 0.5-1 tablets (0.25-0.5 mg) by mouth daily as needed for panic attacks | 10 tablet | 0 |
| • predniSONE (DELTASONE) 10 mg tablet | Take 1 tablet (10 mg) by mouth daily | 90 tablet | 3 |

| | | | |
|---|---|---|---|
| • hydrOXYzine HCL (ATARAX) 25 mg tablet | Take 1 tablet (25 mg) by mouth 1 to 2 times daily as needed For panic attacks | 30 tablet | 1 |
| • escitalopram oxalate (LEXAPRO) 10 mg tablet | Take 1 tablet (10 mg) by mouth daily | 30 tablet | 8 |
| • docosahexaenoic acid/epa (FISH OIL ORAL) | Take by mouth | | |
| • Cyanocobalamin-Cobamamide (B12) 5,000-100 mcg Lozg | Dissolve 10,000 mcg under the tongue | | |
| • calcium carbonate-vitamin D3 1,500 mg (600 mg)-400 unit tablet | Take 1 tablet by mouth daily | | |

ALL:
Allergies

| Allergen | Reactions |
|---|---|
| • Tomato | Nausea |

SH:
Social History

Tobacco Use
• Smoking status:   Never
• Smokeless         Never
  tobacco:

## Substance and Sexual Activity

- Alcohol use: Not Currently
  Comment: Havent had alcohol since March 2023
- Drug use: Never
- Sexual activity: Yes
  Partners: Male

## FH:

Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Diabetes | Mother | Arlene | |
| • Stroke | Maternal Grandfather | Junior | |
| • Diabetes | Maternal Grandmother | Josie | |
| • Arthritis - Rheumatoid | Paternal Grandmother | Gaynelle | |
| • Diabetes | Sister | Robin | |
| • Diabetes | Paternal Aunt | Barbara | |
| • Hyperlipidemia | Maternal Aunt | Darlene | |
| • High blood pressure | Maternal Aunt | Darlene | |

## DATA:

No results found for: "CBC"

Lab Results

| Component | Value | Date |
|---|---|---|
| CRE | 0.80 | 12/18/2023 |

## Lab Results

| Component | Value | Date |
|---|---|---|
| AST | 30 | 12/18/2023 |

## Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 45 | 12/18/2023 |

## Lab Results

| Component | Value | Date |
|---|---|---|
| SED | LESS THAN 2 | 09/22/2022 |

## Lab Results

| Component | Value | Date |
|---|---|---|
| CRP | 1.5 | 12/18/2023 |

No results found for: "RF"

## Lab Results

| Component | Value | Date |
|---|---|---|
| CCP | LESS THAN 5 | 09/22/2022 |

No results found for: "ANA"

## Lab Results

| Component | Value | Date |
|---|---|---|
| URIC | 5.1 | 09/22/2022 |

No results found for: "CK"
No results found for: "TSH"
No results found for: "VITD"

Michael Dong Cho, MD

# Patient Instructions

## Michael Dong Cho at 6/4/2024 8:15 AM

A: 40 year old male c/ psoriatic arthritis (PsA), psoriasis, depression/anxiety, panic attacks, and s/p gastric sleeve who presented for transfer of care.

At his 6/4/2024 visit with me, Eric presented for transfer of care. He noted the subQ methotrexate has been helpful, but he still needed prednisone. I would agree with Eric that his high level of stress recently was likely contributing to his disease activity. Moving forward, for his prednisone, we opted to do limited bursts of prednisone, with the goal of avoiding daily prednisone if at all possible.

P:
1) Psoriatic arthritis (PsA), psoriasis. Changed to subQ methotrexate on 12/2023. He quit drinking alcohol 4/5/2024, which was huge positive life change.

--It is incredibly important that Eric have access to his medications while in prison, given the nature of his autoimmune disease, which can be very difficult to control if allowed to flare.

--Continue Taltz (ixekizumab) 80mg subQ every 4 weeks. Warned of risks of headache, urticaria, candidiasis, high cholesterol, diarrhea, nausea, inflammatory bowel disease (less then 1%), herpes, infection, very rare risk of conjunctivitis, LFT elevation, and neutropenia.

--Continue methotrexate 25mg subQ weekly.

To protect against possible methotrexate (MTX) side-effects, the pt will continue folic acid at 1mg (1000mcg) PO daily. Max dose of folic acid is 5mg daily, so the patient should increase the folic acid when methotrexate side-effects are suspected.

Potential adverse effects include alopecia, mouth ulcers, nausea, leukopenia, hepatotoxicity, and cancer. The patient was advised of the necessity of avoiding alcohol and pregnancy while taking this medication. If applicable, patient should be on two forms of birth control while on methotrexate.  The patient was advised of the necessity for regular lab test monitoring while taking this medication. The patient expressed understanding and agreement with these instructions.

--At his 6/4/2024 visit, he's been off of prednisone for the past 2 days. He taking prednisone 20mg or 30mg daily for the past few months, since 5/2024.

For PsA flares, prescribed prednisone 10mg 1-3 tabs for 1-7 days as needed.

Max dose would be prednisone 30mg daily for 7 days.  Would take a break from prednisone for the same number of days one is on it, so if on prednisone for 7 days, then take 7 days off.

Possible adverse effects include weight gain, mood lability, osteoporosis, avascular necrosis (AVN), cataracts, and impaired wound healing.  Every 20mg of prednisone given for 1 month confers a 5% risk of AVN (i.e. 60mg of prednisone x 1

month=15% AVN risk).  While on steroids, the patient should take calcium 600mg 2x/day and vitamin D 800-1000IU daily. The patient should also calorie count and weigh self weekly to ensure no excessive weight gain.  If heartburn develops while on prednisone, the patient can take a proton pump inhibitor (PPI) like omeprazole (Prilosec) 20mg or lansoprazole (Prevacid) 30mg 30 minutes before breakfast daily to prevent steroid-related stomach inflammation.  A second dose 30 minutes before dinner can be added if necessary.

--Complex Medication Management/Immune compromised due to drug therapy-routine monitoring labs and symptom check for immunosuppressive drug toxicities and side effects. Risks and benefits of all medications explained.  Patient will need routine monitoring labs ordered and drawn per medication-specific protocol.  For methotrexate this would include: Base labwork (CBC c/diff, Creatinine, Albumin, AST, ALT) to be done at 4 weeks x 1, then every 8 weeks for 1 year, and then every 12 weeks thereafter (if labs remain stable)

2) Osteoarthritis of multiple joints.  Patient educated the nature of structural joint pain and the importance of making the muscles around problem joints stronger and more flexible. Isometric exercises (holding a muscle still against resistance) are a safe way of strengthening muscles surrounding osteoarthritic joints.

--Back stretches-hamstring stretch daily (hold for at least 30 seconds each leg, to be done while sitting), and cobra stretch 10x/day.

--Pt can ice (at end of the day for inflammation)/heat (morning and muscles) x 20 minutes right after physical

activity regularly for maximum benefit.
--other treatment modalities: Turmeric (Curcumin) or fish oil
(or krill oil) have some legitimate anti-inflammatory
properties. Capsaicin cream 0.075% apply 3-4x/day (more
effective if used 3-4x/day), aspercreme, Salonspas, Diclofenac
gel (Voltaren-previously was a prescription) or other joint
pain creams.  Paraffin wax baths. Epsom salt bath at night
after daily icing is a great combination.

--Pt also can take acetaminophen (Tylenol extra strength)
500mg 2 tablets up to every eight hours as needed for pain
(maximum daily dosage is 3000mg).  Another option would
be acetaminophen extended release (XR, Tylenol Arthritis)
650mg 2 tabs 2x/day, and 1 tab whenever.  Risk of rebound
analgesia headache explained.
--At his 6/4/2024 visit, he stopped taking ibuprofen in spring
2023, when he learned that it was hard on his GI tract. Non-
steroidal anti-inflammatory drug (NSAID-aspirin,
ibuprofen/advil, naproxen/aleve) should only be used rarely
and for short periods of time. OTC options include: ibuprofen
(Advil, Motrin) 200mg 1-4 tabs 1-3x/day or naproxen (Aleve)
220mg 1-2 tabs 1-2x/day with food and as needed for pain or
prior to exercise.  The risks and benefits of NSAIDs include
high blood pressure, stomach inflammation, and kidney
damage, particularly when taken long-term.  Patient needs to
stay well-hydrated while taking any NSAID to protect the
kidneys.

If the patient (pt) has heartburn while on an NSAID, then the
pt can take omeprazole (Prilosec) 20mg daily 30 minutes
before breakfast for heartburn prevention.  Proton pump
inhibitors (omeprazole, lansoprazole) are better than H2
blockers (ranitidine aka zantac, famotidine aka pepcid) at
preventing NSAID-induced stomach inflammation.

While on an NSAID, the pt's creatinine should be routinely monitored by the primary care physician (PCP) and rheumatology to guard against kidney damage.

Supportive footwear-patient does support the feet inside and outside the house.  He was using customized Fleet for Feet over-the-counter (OTC) arch supports with a hard arch. It is important that Eric can bring in his customized arch supports into prison.

1. The pt is advised to go to a store with a good return policy.
2. The arch support base must be made of a hard plastic arch. Rubber or other pliable materials are generally not helpful.

Superfeet-Blue are one such arch support that may be helpful.  The patient can also stretch the plantar fascia with either a hard ball (like a lacrosse ball or baseball) or frozen 1 liter bottle daily (at least 5 minutes/day). Pt should also wear the arch supports both outside and inside the home and with comfortable, cushioned shoes.  Heels are not recommended. If the patient fails OTC treatment, then the primary care physician can consider a podiatry referral.

3) Dyspepsia.  The most effective treatment for increased stomach acidity are proton pump inhibitors (PPIs) like omeprazole or pantoprazole, which work to inhibit acid pumps.  Acid pumps are only present in the stomach when empty, prior to a meal. Because the innervation of organs is so limited, one can have inflammation of the stomach or GI (gastrointestinal) tract for months without having overt symptoms. So each GI symptom should be thought of as a harbinger of underlying GI issues that may need to be addressed (like the canary in the coal mine).

--At his 6/4/2024 visit, prescribed pantoprazole (Protonix) 40mg 1 tab daily 30 minutes before breakfast for at least 2-4 weeks to heal one's stomach and esophagus completely.  If symptoms improve but persist, the patient can take 1 tab before breakfast and dinner.

--elevate head of bed by placing a board underneath the bottom of the bed.  Pillows are not ideal because they bend the neck and back which should remain straight while sleeping.

--probiotics will help prevent bacterial overgrowth which can be a consequence of lower stomach acidity.

--Calcium and Vitamin D daily supplementation: Dietary calcium is preferred to supplemental calcium.  Patient warned of risks of too much calcium intake.

Total daily calcium needed is 1000-1200mg.  Because only 500-600mg of calcium is absorbed at any one time, 500-600mg of calcium should be taken with breakfast and dinner

Total daily vitamin D needed is 600-2000 IU (international units) of vitamin D (cholecalciferol) daily.  It can be taken all at once or split into two doses.

A typical daily supplementation regimen is Calcium/Vitamin D 600/400 1 tab 2x/day with food, #180, 3 refills

F/U prn

MyChart® licensed from Epic Systems Corporation, © 1999-2023. Patents pending.

© 2023 Kaiser Foundation Health Plan, Inc.

Name: Eric J Standridge | DOB: 10/11/1983 | MRN: 03997971 | PCP: Erica Chioma Nkwocha, MD Resident |
Legal Name: Eric J Standridge

# Progress Notes

### Khushboo Mehta at 6/18/2024 11:30 AM

On-Demand Telehealth Visit
Kaiser Permanente Washington

ASSESSMENT/PLAN:

(F41.1) Generalized anxiety disorder
Plan: escitalopram oxalate (LEXAPRO) 10 mg tablet

(F41.0) Panic attacks
Plan: hydrOXYzine HCL (ATARAX) 25 mg tablet

Increase lexapro to 20 mg a day
It should help pt over the next few weeks
Pt is taking hydroxyzine more or less on a daily basis while
this kicks in \\

follow up with PCP in a couple of weeks to see how lexapro is
working
Pt is taking meclizine

Future Appointments
Date          Time        Provider      Department Center
6/18/2024   11:30 AM    GET CARE   GET CARE   Renton

NOW,        NOW        Raini
DEXCARE1

Disposition : Primary Care Appointment

Phone Visit

- This Phone Visit consisted of 12 minutes of interaction with the patient.

- Provider was located at GET CARE NOW for this visit and the patient was located at Home in Washington State

| SUBJECTIVE: |
|---|

Chief Complaint
Patient presents with
• Advice

History obtained from patient

History of Present Illness:
Eric J Standridge is a 40 year old male who presents with anxiety
Pt states he tried to get in touch with his PCP but she is not available
He is on meds for anxiety
And he wants to make sure that his prescriptions are up to date
Pt is taking lexapro 10 mg daily
And he has a lot of stress in his personal life
And he Is taking hydroxyzine as needed
He is pretty much taking that daily

And taking xanax on an as needed basis


REVIEW OF SYSTEMS:
Negative except noted in HPI

| OBJECTIVE: |
There were no vitals taken for this visit.
Able to talk in long sentences without any shortness of breath
or distress.


Khushboo Mehta, MD


MyChart licensed from Epic Systems Corporation, © 1999-2023. Patents pending.

© 2023 Kaiser Foundation Health Plan, Inc.

Name: Eric J Standridge | DOB: 10/11/1983 | MRN: 03997971 | PCP: Erica Chioma Nkwocha, MD Resident |
Legal Name: Eric J Standridge

# Progress Notes

### Aaron A Apodaca at 6/19/2024  8:40 AM

Patient called for scheduled virtual visit.  Chart reviewed. Two
patient identifiers confirmed.

CC:meds

He has been working on refilling his meds in anticipation of
incarceration tomorrow, specifically, he wants a letter stating
he takes alprazolam occasionally for anxiety and clarifying he
takes meclizine prn as well

Assessment / Plan:

(Z02.89) Encounter for completion of form with patient
(primary encounter diagnosis)
Comment: prison provider will likely manage meds and can
review letter
Plan: letter generated

Schedule follow up virtual visit if symptoms fail to improve.
Call CNS if symptoms worsen acutely

The patient had the opportunity to ask questions which were
answered to his/her satisfaction.

This Telephone Visit consisted of 20 minutes of interaction with the patient.

Signed by: Aaron A Apodaca, MD
Date: June 19, 2024
Time: 8:51 AM

MyChart® licensed from Epic Systems Corporation, © 1999-2023. Patents pending.

**Site Map    Help    Terms of Use & Privacy Policy    Awards    Contact Us**

© 2023 Kaiser Foundation Health Plan, Inc.

## EXHIBIT B - KYTES AND FORCED HANDWRITING SAMPLES
**Log**

10-2-2024 - Arrived at DRCl. After speaking Leutenant Castaldi, he referred me to send a kyte to Mr. Ybarra, the grievance and ADA compliance counselor.

10-4-2024 - Sent Kyte as referred for ADA accommodation in regard to rheumatoid and psoriatic arthritis. No response.

2-24-2025 - Doctor appointment. Set up appointment with outside RA specialist outside of the facility due to escalation of symptoms and medications not working properly. Submission to TLC for approval. Doctor requested Eric to send a Kyte to Mr. Ybarra for ADA accommodations.

2-26-2025 - Sent Mr. Ybarra a kyte to ask for ADA accommodations in relation to writing difficulties.

3-10-2025 - Received a kyte notice of approval for the outside RA doctor by TLC from DRCI.

3-17-2025 - Confirmed RA appointment not scheduled yet.

3-18-2025 - Blood draw appointment with Ms. Kay in medical. Arthritis escalating.

4-28-2025 - Nurse Clayborne supplied wrist support till RA appointment.

5-6-2025 - Nurse Clayborne to follow up. Still no appointment in system.

6-6-2025 - Call out to law library to fill out tort claim notice. Was told unable to use the computer to type out vs. writing. Ms. Curon - law library messaged Mr. Ybarra through chat. She said she would work on getting assistance with the ability to use the computer and be in touch. Ms. Curon requested a kyte requesting an ADA accommodation.

6-10-2025 - Grievance submitted regarding no response for ADA request.

6-11-2025 - Received mail stating RA doctor appointment.

6-16-2025 - Informed not able to use computers. Mr. John Doe - law library said he would message Mr. Ybarra. He spoke with Mr. Ybarra on phone with Eric present and stated Mr. Ybarra only received a kyte and not the ADA accommodation request form. Mr. Ybarra came to the law library and handed his form without handwriting accommodations and left.

6-16-2025 - Conversation with Seargent John Doe and and Seargent Denim. Seargent John Doe said he had worked at DOC for over 20 years and never seen or heard of an accommodation request form.

6-18-2025 - Call out for law library. Spoke with Mr. John Doe of the law library. He allowed me to copy the torte claim notice to send copies home to submit. Was told not able to submit torte claim notice due to not being on the form entirely and page numbers not aligning. They requested it be re-written. (The first copy took 2 to 2.5 hours; recovery took 2 days. Hands still sore.) Mr. John Doe required 2 more forms to be filled out to get the copies to be sent home, while ignoring the wrist brace and knowing of the accommodation he is requesting.

7/8/2025 & 8/4/25 - Eric was sent to an outside rheumatologist. The rheumtologist was shocked that several common and recommended steps had not been taken since Eric was incarcerated. Many of those steps were taken this day.

8/4/25 - Nurse reports that his prison medical records do not have a diagnosis for rheumatoid arthritis, just psoriatic arthritis. Nurse refused to give him a copy of his medical records and requested he use the hand-written prison kyte system to request his records.



## NON-EMERGENCY HEALTH CARE REQUEST

Name: Eric Standridge  State ID#: 26111548  Housing: 3D03B  Date: 9-5-24

**Medications:** ☑ I have not received my prescription  ☐ My prescription is about to expire  ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B  ☐ Flu  ☐ Pneumonia  ☐ Shingles  ☐ Covid

**Tests:** ☐ HIV  ☐ Hepatitis C  ☐ Covid  ☐ STD

**Other Function:** ☐ BP check  ☐ Test result request  ☐ Is my appointment still scheduled?  ☐ Other issues/not sick: _____

**Optical:** ☐ Eyeglass Repair  ☐ Eye exam  ☐ Other: _____

**Dental:** ☐ Pain or Swelling  ☐ Denture Evaluation or Repair  ☐ Other _____

**Health Care request, issue, concern, or sickness:**

Previously before self surrendering I was on B12 & Meclizine due to B12 deficiency and vertigo (diagnosis. These were noted in my medical records that were brought from my personal doctor then with my transfer from CCIC. I have been having major problems with dizziness, nausea & lack of energy. This is the 2nd kyte I have sent, assuming the first possibly got lost or I used a regular kyte. CCIC never put me on these meds — they referred me to let my next facility to know about this. Thanks for your help in advance.

P.S. Can we please discuss the increase of the methotrexate from 25mL to 50mL to hopefully get me off prednizone & discuss wegony type option in regards to weight

**We have taken the following actions in response to your health service request:** heart and arthritis eff. The packet included in my medical document had the recommendat

☐ You will be scheduled to see:  ☐ Medical Provider  ☑ Nursing staff  ☐ Dental  ☐ BHS  ☐ Optometry

☐ Your request has been forwarded to:  ☐ Manager  ☐ Support Services  ☐ Pharmacy  ☐ Other: _____

☐ See attached health education handout: _____

**Additional Comments:** Hello you have an appointment soon with your provider scheduled for sick call. Thank you.

Responders Signature: _____  Date: 9/6/24

| Triaged | |
|---------|---|
| Staff: | |
| Date: | |

CD 1738 9/2021



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Medical Staff     **Date:** 9-30-2024

State your issue in detail: I did not receive my call out today for my weekly methatrexate injection of 25 mL. It also is not on the Call Out for tomorrow. It is important, especially with this medication, to stay on schedule with injections. I also should have my Taltz shot coming this week. Oct. 2nd I believe is when its due. The last couple times there have been problems with it being here when the Call out is put in. Please set this up as soon as possible.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Eric Jason Standridge | 26111548 | 3D3B |

Response/Action Taken: This was completed 10/2/24. at Satellite medical

Date Received: _____    Referred To*: _____

OCT 3 '24 PM 12:13

Date Answered: 10/3/24    Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)



# NON-EMERGENCY HEALTH CARE REQUEST

**Name:** Eric Standridge    **State ID#:** 26115548    **Housing:** G106A    **Date:** 10-4-24

**Medications:** ☑ I have not received my prescription  ☑ My prescription is about to expire  ☑ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B  ☐ Flu  ☐ Pneumonia  ☐ Shingles  ☐ Covid

**Tests:** ☐ HIV  ☐ Hepatitis C  ☐ Covid  ☐ STD

**Other Function:** ☐ BP check  ☐ Test result request  ☐ Is my appointment still scheduled?  ☐ Other issues/not sick: _____

**Optical:** ☐ Eyeglass Repair  ☐ Eye exam  ☐ Other: _____

**Dental:** ☐ Pain or Swelling  ☐ Denture Evaluation or Repair  ☑ Other: Cleaning _____

**Health Care request, issue, concern, or sickness:**

(1.) Medications - Taltz - wanted to confirm this was transferred over and the approval just received from the TLC team for another year.

(2.) Medications - Methotrexate - also want to confirm my weekly shot was transferred and see if the adjustment from 25mL to 50mL was adjusted?

(3.) Dental - I wanted to see how it works on getting my quarterly cleaning for my teeth? I had my last cleaning on 6-12 I think of this year. There were 2 teeth that were borderline cavities that were being watched.

(4.) I had sent in medication refills for the in cell medications I have at Snake River I am going to run out in the next day or two.

**We have taken the following actions in response to your health service request:**

Folic Acid 1mg
Prednisone 10mg
Prilosec 20mg
Cyanocobalamin (B-12) 1000mcg

☐ You will be scheduled to see:  ☐ Medical Provider  ☐ Nursing staff  ☐ Dental  ☐ BHS  ☐ Optometry

☐ Your request has been forwarded to: ☐ Manager  ☐ Support Services  ☐ Pharmacy  ☐ Other:_____

☐ See attached health education handout: _____

**Additional Comments:**

Please send a kyte for each seperate issue they go to different departments you will receive a faster response

**Responders Signature:** CL    **Date:** 10/4/24

RECEIVED OCT 06 2024

Triaged
Staff:
Date:

CD 1738 9/2021



Standridge **OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

**TO:** Dental Dept.       **Date:** 10-7-24

State your issue in detail: I wanted to reach out in how the process works with my quarterly teeth cleaning. My last cleaning was done with my primary dentist on 6-12-24. As I usually have periodental cleanings - the request was put in for me on a quarterly basis. I have been at CCCI & SRCI so far and then finally arrived at DRCI seems like my final spot until I move to my last 6-months @ CRCI. I have 12 months roughly here so it made sense to see how I go about getting on the waiting list. Thanks for your help in advance.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Eric Jason Standridge | 26111548 | G106A |

Response/Action Taken:

You will be scheduled accordingly.

Date Received: 10/10/24      Referred To*: _____

Date Answered: 10/10/24      Signature of Staff Member: _Krumer_

*If forwarded, please notify the AIC

CD 214 (02/2020)



## NON-EMERGENCY HEALTH CARE REQUEST

Name: Eric Standridge   State ID#: 26115848   Housing: G106A   Date: 10-18-24

**Medications:** ☐ I have not received my prescription   ☐ My prescription is about to expire   ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B   ☑ Flu   ☐ Pneumonia   ☐ Shingles   ☑ Covid

Received
OCT 18 2024

**Tests:** ☐ HIV   ☐ Hepatitis C   ☐ Covid   ☐ STD

**Other Function:** ☐ BP check   ☐ Test result request   ☐ Is my appointment still scheduled?   ☐ Other issues/not sick: _____

**Optical:** ☐ Eyeglass Repair   ☐ Eye exam   ☐ Other: _____

**Dental:** ☐ Pain or Swelling   ☐ Denture Evaluation or Repair   ☐ Other_____

**Health Care request, issue, concern, or sickness:**

I received my Flu & Covid shot on Wednesday and everything was fine until later that evening. I was up most of Wednesday night through Thursday morning with chills, body aches, soreness in both injection sites. I woke up, got down from top bunk, feeling dizzy. Walked out to dayroom to get hot water for my coffee, then when I was pouring the water felt like headed really quick. I then fell down hit my knee on the stool and twisted my ankle the wrong way. My cell mate helped me up-then I had an uncontrolled bladder incident. Everything seems to be back to normal, figured it was due to the shots, my ankle is still very tender and wanted to make sure this was on file for the incident. Ankle is tender from pressure/stepping for walking.

## We have taken the following actions in response to your health service request:

☑ You will be scheduled to see:   ☐ Medical Provider   ☑ Nursing staff   ☐ Dental   ☐ BHS   ☐ Optometry

☐ Your request has been forwarded to:   ☐ Manager   ☐ Support Services   ☐ Pharmacy   ☐ Other:_____

☐ See attached health education handout: _____

**Additional Comments:**

_____

_____

_____

Responders Signature: CKMRN                   Date: 10/18/24

| Triaged |
| --- |
| Staff: _____ |
| Date: _____ |



# NON-EMERGENCY HEALTH CARE REQUEST

Name: Eric Standridge   State ID#: 26111548   Housing: G10017   Date: 10-18-24

**Medications:** ☑ I have not received my prescription   ☐ My prescription is about to expire   ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B   ☐ Flu   ☐ Pneumonia   ☐ Shingles   ☐ Covid

**Tests:** ☐ HIV   ☐ Hepatitis C   ☐ Covid   ☐ STD

*Received*

*OCT 18 2024*

**Other Function:** ☐ BP check   ☐ Test result request   ☐ Is my appointment still scheduled?   ☐ Other issues/not sick: _____

**Optical:** ☐ Eyeglass Repair   ☐ Eye exam   ☐ Other: _____

**Dental:** ☐ Pain or Swelling   ☐ Denture Evaluation or Repair   ☐ Other

*Scheduled for Chart Review/Renewal with Provider*

**Health Care request, issue, concern, or sickness:**
I have still not received my Prilosec prescription that I have been requesting for over 2 weeks now. I ran out of my prescription on 10-14-2024. I have been to med refill and received medication refills on other medications and have been told repeatedly that this was on order. Can I please get this resolved? Thanks in advance

## We have taken the following actions in response to your health service request:

☐ You will be scheduled to see:   ☐ Medical Provider   ☐ Nursing staff   ☐ Dental   ☐ BHS   ☐ Optometry

☐ Your request has been forwarded to:   ☐ Manager   ☐ Support Services   ☐ Pharmacy   ☐ Other: _____

☐ See attached health education handout: _____

**Additional Comments:**

*Scheduled for Chart Review/Renewal with Provider*

Responders Signature: _____   Date: 10/21/24

Triaged

Staff: _____

Date: _____

CD 1738 9/2021



## NON-EMERGENCY HEALTH CARE REQUEST

Name: Eric Standridge    State ID#: 2611548    Housing: G106A    Date: 11-2-24

**Medications:** ☑ I have not received my prescription  ☐ My prescription is about to expire  ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B  ☐ Flu  ☐ Pneumonia  ☐ Shingles  ☐ Covid

**Tests:** ☐ HIV  ☐ Hepatitis C  ☐ Covid  ☐ STD

**Other Function:** ☐ BP check  ☐ Test result request  ☐ Is my appointment still scheduled?  ☐ Other issues/not sick: _____

**Optical:** ☐ Eyeglass Repair  ☐ Eye exam  ☐ Other: _____

**Dental:** ☐ Pain or Swelling  ☐ Denture Evaluation or Repair  ☐ Other_____

**Health Care request, issue, concern, or sickness:**

1851419-2   DRCM     → Need refill for attached prescription
STANDRIDGE, ERIC
26111548      9/5/2025
**CYANOCOBALAMIN (B-12)**
10/7/2024

[barcode]

## We have taken the following actions in response to your health service request:

☐ You will be scheduled to see:  ☐ Medical Provider  ☐ Nursing staff  ☐ Dental  ☐ BHS  ☐ Optometry

☐ Your request has been forwarded to: ☐ Manager  ☐ Support Services  ☐ Pharmacy  ☐ Other:_____

☐ See attached health education handout: _____

**Additional Comments:**

Responders Signature: _____    Date: RX Ordered NOV 0 4 2024

| Triaged |
|---|
| Staff: _____ |
| Date: _____ |

CD 1738 9/2021



# NON-EMERGENCY HEALTH CARE REQUEST

Name: Eric Standridge    State ID#: 26111548    Housing: G106A   Date: 11-19-24

**Medications:** □ I have not received my prescription □ My prescription is about to expire □ My prescription is not helping

**Vaccines:** □ Hepatitis A/B □ Flu □ Pneumonia □ Shingles □ Covid

**Tests:** □ HIV □ Hepatitis C □ Covid □ STD

**Other Function:** □ BP check □ Test result request □ Is my appointment still scheduled? ☑ Other issues/not sick: Nurse Check-up

**Optical:** □ Eyeglass Repair □ Eye exam □ Other

**Dental:** □ Pain or Swelling □ Denture Evaluation or Repair □ Other

*[Stamp: RECEIVED NOV 1 9 2024]*

**Health Care request, issue, concern, or sickness:**

I have started to feel numbness in my feet and hands. I thought it was nothing but has continued and feels like its spreading on occurences to further up my foot and from my finger tips to my palm. I am not sure what this is from but would like to set up an appointment to address this issue.

---

## We have taken the following actions in response to your health service request:

□ You will be scheduled to see:   □ Medical Provider □ Nursing staff □ Dental □ BHS □ Optometry

□ Your request has been forwarded to: □ Manager □ Support Services □ Pharmacy □ Other:

□ See attached health education handout:

**Additional Comments:**

YOU ARE SCHEDULED FOR SICK CALL

Responders Signature: _____    Date: _____

| Triaged | _Ch_ | 11/19/24 |
|---|---|---|
| Staff: | | |
| Date: | | |



# NON-EMERGENCY HEALTH CARE REQUEST

Name: Eric Standridge    State ID#: 26111548    Housing: G106A    Date: 11-19-24

**Medications:** ☑ I have not received my prescription    ☑ My prescription is about to expire    ☐ My prescription is not helping

**Vaccines:** ☐ Hepatitis A/B    ☐ Flu    ☐ Pneumonia    ☐ Shingles    ☐ Covid

**Tests:** ☐ HIV    ☐ Hepatitis C    ☐ Covid    ☐ STD

**Other Function:** ☐ BP check    ☐ Test result request    ☐ Is my appointment still scheduled    ☐ Other issues/not sick:

**Optical:** ☐ Eyeglass Repair    ☐ Eye exam    ☐ Other: _____

**Dental:** ☐ Pain or Swelling    ☐ Denture Evaluation or Repair    ☐ Other _____

*(Stamp: RECEIVED NOV 19 2024)*

**Health Care request, issue, concern, or sickness:**

I need refills on the following prescriptions - Also the prednisone looks like it is going to expire so will need to be renewed.

| 1860469-0    DRCM | 1860476-0    DRCM | 1860474-0    DRCM | 1863866-0    DRCM |
|---|---|---|---|
| STANDRIDGE, ERIC | STANDRIDGE, ERIC | STANDRIDGE, ERIC | STANDRIDGE, ERIC |
| 26111548    1/7/2025 | 26111548    11/23/2024 | 26111548    11/23/2024 | 26111548    4/30/2025 |
| FOLIC ACID 1MG TAB | PREDNISONE^ 2.5MG TAB | PREDNISONE 5MG TAB | OMEPRAZOLE DR~ |
| 10/11/2024 | 10/11/2024 | 10/11/2024 | 10/23/2024 |

## We have taken the following actions in response to your health service request:

☐ You will be scheduled to see:    ☐ Medical Provider    ☐ Nursing staff    ☐ Dental    ☐ BHS    ☐ Optometry

☐ Your request has been forwarded to:    ☐ Manager    ☐ Support Services    ☐ Pharmacy    ☐ Other: _____

☐ See attached health education handout: _____

**Additional Comments:**

Responders Signature: _____    Date: _RX Ordered_

NUV 20 2024

| Triaged |
|---|
| Staff: _____ |
| Date: _____ |

CD 1738 9/2021

**EXHIBIT C - ODOC MEDICAL RECORDS**
**Log of evidence of institutional knowledge and failure to accommodate**

June 2024 - Surrendered to Oregon Department of Corrections with Kaiser medical records (Exhibit A) in hand. Medical records accepted. Page 10 of medical records notes specific joint areas and hands that are most troublesome.

October 2024 - Request for ADA accommodations.

February 2025 - Prison medical staff made request for me to request accommodations for handwriting through the handwritten kyte system. Completed.

April 2025 - Wrist support added.

June 2025 - Grievance submitted regarding no response for accommodation request. Response with a form to fill out and no handwriting accommodations to complete it. Cannot complete the handwriting. Potential remedies exhausted.

July 8, 2025 - Sent to a Rheumatologist specialist: Dr. Faumouchi at St. Charles Family Care 2600 NE Neff RD - Bend, OR 97701
Visit #1- Dr's orders:
• Complete an X-Ray.
• Physical therapy.
• Bloodwork (completed every 3 months).
• Nerve test.
• Accommodation for someone to assist in his cell for lifting and opening bottles/drawers.
• Accommodation for handwriting
• Accomodation for a thicker mattress pad
• Topical lotion request
• Taper off prednisone

August 2025 - Despite filling out the suffering through filling out required forms, it was discover there is no form on file for this request for accommodations.

August 4, 2025 - Sent to rheumatologist specialist above for follow up.
Visit #2 - Same orders. Doctor was very upset that only the X-Ray was taken and none of the other orders were followed. She insisted on bloodwork being completed before he left because people on the highest dose of methotrexate cannot remain on this dose without bloodwork being completed.

## EXHIBIT D - ATTEMPTED TORTE CLAIM NOTICE
### Log of Harm Caused
This lack of accommodation has created a barrier to Eric's access to legal recourse and institutional services, resulting in his inability to file timely claims related to the August 2024 assault. The actions of the named defendants constitute discrimination under both Title II of the ADA and Section 504 of the Rehabilitation Act.

1. Attack happened in August of 2024. March 2025 was the deadline for filing the torte notice. Excessive handwritten kyte system to exhaust grievance process without responses. Denial of accommodation directly limited legal access.
2. April 2025 - Arthritis symptoms worsening from handwriting and overuse. Icing. (See exhibit C, ODOC Medical Records).
3. June 2025 - Arthritis symptoms have worsened as a result of handwriting.

JJ Schnabel
612 21st Ave
Seattle WA 98122


U.S. POSTAGE IMI
$10.34
RDC 99
98102 FCM
Date of sale
08/05/25
02 8WSK
2000394338
FOLD HERE

RECEIVED

Clerk of the Court
U.S. District Court for the District of Oregon
Pendleton Division (file routed via Portland)
Mark O. Hatfield U.S. Courthouse, Ste 927
1000 SW Third Ave.
Portland OR 97204-2944

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
USPS CERTIFIED MAIL®