IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC STANDRIDGE,

           Plaintiff,

    v.

OREGON DEPARTMENT OF CORRECTIONS,

           Defendant.

Case No. 3:25-cv-01412-AN

ORDER TO DISMISS

NELSON, District Judge.

    Plaintiff, a prisoner in the custody of the Oregon Department of Corrections, has filed a new civil rights lawsuit with the Court and has paid the civil filing fee. However, his Complaint is signed by another individual who purports to be Plaintiff's "next friend" holding his power of attorney. *See* Complaint (#1), p. 10. The signatory to the Complaint does not appear to be a licensed attorney. Plaintiff also lists the signatory's street address in Seattle as Plaintiff's address of record despite the fact that Plaintiff is incarcerated in Oregon.

    Plaintiff is proceeding *pro se,* and Fed. R. Civ. P. 11 requires that every pleading, motion and other paper submitted by an individual proceeding *pro se* shall be signed by that party. Relatedly, it is well settled that although a non-attorney may represent himself in court, that

1 - ORDER TO DISMISS

privilege is personal to him. *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987); *Storseth v. Spellman*, 654 F.2d 1349, 1355 (9th Cir. 1981); *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966). In this regard, Plaintiff is required to litigate on his own behalf and may not rely upon a non-attorney to do so for him. The Complaint is therefore summarily dismissed with leave to amend. *See* 28 U.S.C. § 1915(e)(2) (permitting summary dismissal). Plaintiff must first, however, change his address with the Court to reflect his current place of incarceration. Once he does so, the Court will send him a proper form complaint for his use.

## CONCLUSION

Based on the foregoing, IT IS ORDERED that Plaintiff's Complaint (#1) is DISMISSED with leave to amend. Should Plaintiff wish to continue with this case, within 30 days he must change his address of record with the Court to reflect the location where he is currently incarcerated. Plaintiff's failure to comply with this Order will result in the dismissal of this case without prejudice.

IT IS SO ORDERED.

11/4/2025
DATE

Adrienne Nelson
United States District Judge